

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 14 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:21-cv-00513-KGB

Jury Trial: ☒ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: James E. Pepper
ADC # SS3254
Address: 1009 Sheriff's Ln. Mountain View, AR 72560

Name of plaintiff: _____
ADC # _____
Address: _____

This case assigned to District Judge Baker
and to Magistrate Judge Volpe

Name of plaintiff: _____
ADC # _____
Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Joshua R. Collums
Position: Deputy Prosecutor Stone County Arkansas
Place of employment: Stone County Arkansas, Courthouse
Address: 107 West Main St. Suite-D Mountain View, AR 72560

Name of defendant: Tenley Harris
Position: Public Defender Stone County Arkansas

-4-

Additional Defendants

#5 Ben Lockard
Probation/drug court officer
Community Corrections - ACC
1005 Maple Dr. Mountain View, AR 72560

#6 Steven Williams
Jail Administrater Stone County Jail, Arkansas
Stone County Sheriff Office
1009 Sheriff Dr. Mountain View, AR 72560

#7 Lance Bonds
Stone County Sheriff
Stone County Sheriffs Office
1009 Sheriffs Dr. Mountain View, AR 72560

#8 Michael Tharp
Investigator Stone County Sheriffs Office
1009 Sheriffs Dr. Mountain View, AR 72560

Place of employment: Public Defenders Office 2319 Hwy 110 West

Address: 2319 Hwy 110 West, Suite-E Heber Springs, AR 72543

Name of defendant: Duncan McGitten

Position: Chief Deputy

Place of employment: Stone County Sheriff's Office

Address: 1009 Sheriffs Dr. Mountain View, AR 72560

Name of defendant: Tara Pinkston

Position: Parole Officer

Place of employment: Community Correction - ACC

Address: 1005 Mobile Dr. Mountain View, AR 72560

II.   Are you suing the defendants in:

  ☐ official capacity only
  ☐ personal capacity only
  ☒ both official and personal capacity

III.  Previous lawsuits

 A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

  Yes ___   No _X_

 B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  ☐ Parties to the previous lawsuit:

  Plaintiffs: _____

  Defendants: _____

-5-

   ☐ Court (if federal court, name the district; if state court, name the county):

     _____

   ☐ Docket Number: _____

   ☐ Name of judge to whom case was assigned: _____

   ☐ Disposition: (for example: Was the case dismissed?  Was it appealed?
    Is it still pending?) _____

   ☐ Approximate date of filing lawsuit: _____

   ☐ Approximate date of disposition: _____

IV. Place of present confinement: _Stone County Jail 1009 Sheriffs Dr. Mountain View, Ar. 72560_

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

  __X__ in jail and still awaiting trial on pending criminal charges

  _____ serving a sentence as a result of a judgment of conviction

  __X__ in jail for other reasons (e.g., alleged probation violation, etc.)
   explain: _Alleged probation violation in connection with the wrongful pending charges._

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

  A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

   Yes __X__ No ____

  B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? _Yes_

Yes ✗   No ___

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

"Wrongfully charged, convicted and imprisoned"
On or about the Date of April 15th 2021 I contacted Attorney Ben Burnett in regards to representing me. At that time he brought to my attention the following violated Constitutional Rights and violated ARKansas Rules of Criminal Procedure. Committed by Deputy Prosecutor Collums and Public Defender Tammy Harris. When in fact they removed files from my case docket recording will show they illegally changed a Concurrent Sentence to a Consective to Manipulate the Judicial system in order to wrongfully arrest imprisoned and extend my probation period 3 years longer than I was originally sentenced too.

-7-

As of April 8th at approx 8:00am Jana Pinkston and Stone County Sheriffs office. Knocked on my James & Pepper's and Miranda McClatchey's door at 292 Blue Sky Rd. Mountain View. AR. 72560 to perform a Home visit where I opened the door and allowed them to come in where I told them my at the time girlfriend Miranda McClatchy and her baby was sleeping in the bedroom I asked to be quiet and Jana Pinkston said I don't give a shit wake them up. I then woke them up and they made us go in the Living Room and they went straight to the Bedroom and came out with a Gun. I had no Knowledge of the Gun being there. My girlfriend Miranda McClatchy told me She had taken it to her Grandmas because it was her Grandmas Eiristeen Mcdaniels. I then told the officers that it was my Girlfriends and her Grandma's Gun. My Girlfriend at the time Miranda McClatchy stated that it was her gun and stated I had no Knowledge of it in her Closet. The officer stated it does not matter it is his now. I was then arrested and charged with possession of firearm by certain persons and transported to the Stone County Jail were I reside. I stated to officer Tharp in vehicle that I had no Knowledge of the gun. I also stated to my Parole officer and officers that I was currently living in the living room because me and Miranda McClatchy was having Issues and my closet and clothes was in the →

the living room. Mine and daughters clothes was in living room and Miranda and her daughter Rosslynns clothes was in the Bedroom Closet where the firearm was located.

Arkansas Criminal Code Annotated with Commentaries

Kandur vs. State, 20 ARK. App. 194, 726, S.W. 2D 682 (1987)

Appellant was convicted of being a Felon in Possesion of a firearm upon evidence that the gun was found in his home, which was occupied by him and his wife. No evidence of actual possesion was introduced at trial. The Court of appeals reversed, holding that "Where there is Joint Occupancy of Premises, Mere occupancy is insufficient to convict one of possesion of contraband unless there are additional factors linking the appellant with the contraband." 20 ARK. App at 196, 726 S.W. 2d at 682, relying upon Blair vs. State, 16 ARK. App 1, 696 S.W. 2d 755 (1985)

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

#1 Criminal Charges placed upon all defendants.
#2 Be compensated for lost wages and all relief I am intitled to for my complete process of wrongful imprisonment.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 7th day of May, 2021.

_____
Signature(s) of plaintiff(s)

-8-

This doesn't neccerily have anything to do with law but I felt it on my Heart to send a prayer with these forms. God put it on my heart to do so.

Dear Kind and generous, Heavenly Father,
I pray not for myself but for the people reading this prayer. I pray there hearts be true and steadfast. I ask you lord to help the ones reading this in whatever situation that maybe going on in there lives. I pray there Marriages become better and healthyer. I pray dear lord, that the ones reading this prayer open there heart up to you and let you in Jesus to feel the love that you lord have placed in my heart and changed me into a new creature. I ask you Jesus to place a hedge of protection around there familys and place your Guardian Angels around them. I pray that there Jobs become a better enviroment to be in and that there love for you lord becomes stronger and that they put you first before anything. For the ones reading this im not the best writer but it truly comes from the heart. I pray that the love that I have on the ones reading this reflects back on me. I pray that the love I have in my heart and the love I have for God reaches the ones reading this and that everything is in God's Hands. In Jesus name I pray Amen!

I only ASK to please Investigate this situation I am In. I'm a changed man and there is alot of my files I'm told are either missing or changed and I Truly need your Help If it is God's will to do so.

Thank you for taking the Time to read this and I hope it reaches you well.

Sincerly
James Pepper

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2021 JUN 14 A 9:41

James E. Pepper
P.O. Box 1317
Mtn. View AR. 72560



United States District Court
Eastern District of Arkansas
Clerk of Court
600 W. Capitol Ave - Suite A
Little Rock, Arkansas
22201-33

Legal Mail